[No. 1287.]

THE STATE OF NEVADA, RESPONDENT, *v.* JOHN T. LAMB, APPELLANT.

APPEAL—DISMISSAL—BILL OF EXCEPTIONS.—An appeal presented without any statement or bill of exceptions will be dismissed. (*State* v. *Fellows,* 8 Nev. 311, affirmed.)

APPEAL from the District Court of the State of Nevada, Nye County.

R. R. BIGELOW, District Judge.

*John F. Alexander,* Attorney General, for Appellant.

*P. M. Bowler Jr.* and *W. N. Granger,* for Respondent.

By the Court, HAWLEY, J.:

Appellant appeals from an order of the district court sustaining a demurrer to an indictment. As the appeal is presented without any statement or bill of exceptions, it must be and is dismissed, upon the authority of *State* v. *Fellows,* 8 Nev. 311.